# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 10 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Michael Curry

Craig Collins

_____

(Full name of the Plaintiff(s) in this action)

1:21-cv-00067-GNS

v.

CIVIL ACTION NO. 1:21-cv-29-GNS
(To be supplied by the clerk)

Phil Gregory

Bennie Kinney

Rachael Hester

Peter Everhart

Kezia Anderson

(Full name of the Defendant(s) in this action)

(✓) DEMAND FOR JURY TRIAL

(   ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Michael Curry

Place of Confinement: C.R.C.C.

Address: P.O. Box 9300  1200 River Road  Central City, Ky 42330

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (   )

(2) Name of Plaintiff: Craig Collins

Place of Confinement: Logan County Jail

# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Michael, Curry

(Full name of the Plaintiff(s) in this action)

v.

Leonta Gorham

Nathaniel Lamb

Tina Moore

John Harden

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:21-CV-29-GNS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Michael Curry

Place of Confinement: G.R.C.C.

Address: P.O. Box 9300 1200 River Road Central City, KY 42330

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: 2714 West Kentucky Street Lou, Ky 40211

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Phil Gregory is employed as Jailer at Logan County Jail.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant Bennie Kinney is employed as Chief Jailer at Logan County Jail.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant Peter Everhart is employed as Captain at Logan County Jail.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant Rachel Hester is employed as Kellwell Food Company at Logan County Jail.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

(B) Defemdant(s). Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Leonta Gorham is employed as Deputy at Logan County Jail.
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant Nathaniel Lamb is employed as Deputy at Logan County Jail.
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant Tina Moore is employed as Deputy at Logan County Jail.
The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant John Haeden is employed as Deputy at Logan County Jail.
The Defendant is being sued in his/her ( __ ) individual and/or ( ✓ ) official capacity.

2

(5) Defendant Kezia Anderson is employed as Deputy at Logan County Jail.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

2-3-21

The Reason for the delay, is because Logan Canty Jail had Covid-19 vieus. Plus Chief Bennie Kinney have stop my mail once before going out to Department of Corrections. Back in June 2020.

Thank you!!
Michael Curry

4

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On (2-27-20) i was ship to logan County Jail. So on (2-28-20) i went to See the nurse and She put me on low Sodium and no pork tray's because of my blood pressure. When i went to lunch on the 28th of Febuary at 11:30 AM, Kellwell didn't have no tray for me so they gave me a bag lunch. At Dinner time i went to get my tray, and they still didn't have one ready for me yet. So i ask for a bag lunch again, and this time, she told me No!! because the ham have Sodium on it. Ms Rachael Hester of kellwell put me a low Sodium No pork are onion menu togather. But it was a dirt menu that i didn't Know at the time. Because Nobody have ever been at this facility with a low Sodium tray. The male Kellwell worker and other worker was putting Sausages, hamburg's, cake, biscuits, ham, and everything that the other inmate's was getting on there tray's. At that time, i didn't Know what i was Suppose to have, So i was taking it and eatting it. When i was going to medical, to get my blood pressure check, it will be high. At the time i didn't Know why, but then i got to Seeing when Ms Hester worked. She was putting different food on my tray's. Like peanut butter + jelly Sandwick's with potato and fruit. Like ham sandwick's corn, and fruit. Then when he worked again he would put other things on my tray's with Sodium on them. I tryed to tell him that i couldn't have they, but Lt. Franck

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

tray with only peanutbutter, with cold potato, and Applesauce again. I told the deputy to call the kitchen and that my tray was wrong, and she never did (see video + Audio). On (5-9-20) I had cake, pork, biscuit that morning (see video HL). Told deputy that my tray was wrong. He told me that I'm not at home to pick and choose. Went to medical on (5-16-20) and weight myself i was 170 pound's. Went again on (5-17-20) and weight myself i was 167 pound's. lost three pound's over night. Lost about 15-20 pound's since i got to this facility. (See medical record's) I file a grievance about it and they said that i'm on a low sodium diet. (See Report #1830) that i never gave premission to be put on. Over the month's i was getting 90 percent Sandwick's and 100 percent fruit on my tray's. I didn't know why, but after the grievance i filed now i do. So on (5-18-20) Kellwell start useing bigger tray's with a little more food in them. (5-19-20) I had chicken, with salted bean's and potato with fruit. Never ate the bean's because they was to salted. (At 11:30 a.m see video) every time they mess up my tray's it less Calories for me. On (5-22-20) i talk to nurse Roy Washington, about my low sodium. He said low sodium is only no salt. So i filed a grievance on Kellwell for putting me on a diet that i did not ask tobe put on. (See Report #2832) Ms Hester Att a Response on (6-5-20 at 8:45 a.m) the thing's that she put in the Response, is thing's that kellwell be putting on my

4

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

In the month of October 2020, Brook's Camp And Jerry Page was trusting for the Deputy's At the facility. Cleaning Isolation cells with some inmate's that had Coronavirus in quarintine and Some didit. Both was Cleaning without the proper Suit on for month's. But in October Brook Camp got sick first, then other inmate's, then Jerry Page. Then last (Michael Curry) We all went to medical different times of the month to only get one pill. This isn't the first time happen at this facility. Back in middle January and February 2020 Captain White got Sick and came to work and got All the inmate's in Doem 193 Sick. See Medical Record's from then. At no time the facility have test done when all the inmate's was sick. But on November 12 the facility did Start doing the Blood test for Covid 19. Inmate Michael Curry test came back Positive And the Nurse And Chife Bennie R. Kinney Put me back in Doem 173 And put a red tag on the Door. Deputey Leouta Gorham told All the inmate's in the Doem that inmate Michael Curry have Covid 19. See video + Audio outside of Doem 173 on November 12. Plus See medical office video. Grievance Report #2909 inmate Start Complaining about me being in there. Never tested none of the inmate's back in January + February for Covid 19. Plus All the Deputey's have Suit's for when they have to come in a doem with a red tag on the door. Why can't the inmate's have them to Clean in?

4

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

In the month of 11-1-20 - 11-30-20 Deputy Anderson Denyed me for useing the Razoe's when other shifes let the inmates us them in isolation cell's. I filed a grievance on her about this. Then on 12-20-20 she Brought around a inmate who assaulted me on 11-5-20 to my cell with the Cleaning Cart. I feel she was putting my safety at risk by doing that.

Then on 1-8-21 Deputy Anderson came around with I.D. Bracelet's with Inmate's name's on them. She had one for me and other inmates to put on. She put mine on my Right wrist and i ask her do it mattee's what wrist it goes on. Because it's on handbook that's say what wrist it goes on. Then she stated if i wanted to complan about it file a grievance like you always do. She stated she don't care, you not nonething but a tattletell (Rat) anyway in front of 13 other inmates at the Dorm Door.(1-43). 2:00p.m. - 2:30p.m Video + Audio. On 1-9-21 her and Deputy Gorham came around at 6:30AM - 7:00AM. with two bag's so they can pack up me and another inmate propecty

4

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 11-18-20 when me and another inmate went to isolation for quarintine so we can be in the cell by are self. We hadn't had no disciplinary reports at all on us. But Mr Terry wife kept calling the jail because her husband haven't called her in day's. We Both had Covid-19 at the time of this. Also on 11-18-20 Deputy Gorham came to Dorm 143 asking about what happen that morning. Why he was at the Door, inmate Brook Camp ask him to get the Nurse for him because he was getting sick again. So i Ask Deputy Gorham to get the Nurse for him. Deputy Gorham stated "Is he you boyfriend" to me in front of other inmates. Audio + Video 12:30 p.m + 1:30 p.m Dorm 143 Door. Then on 11-22-20 Deputy Gorham came to my Cell 153 to get my mat + Blanket from me and my Celly. Wrote a citation on me and lied in it. 20ms25. Court case No: Plus stated to me don't Bend over and drop the soap at my cell door. Me and my Celly both heard him. I put in a grievance about it, and Chief Kinney and deputy Anderson called me to Dorm 162 to Ask

4

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 1-13-21 i was sent to G.R.C.C. from Logan County Jail with a jail report with alot of false information and lies in it. Once again Chief Kinney + Phil Gregory is retaliation from all the grievance's that i have filed. All i ask is for the video + Audio of Everything that they said i did. Because the whole facility have video + Audio in it. Plus i have already had a disciplinary hearing for the incident's in the jail. And the only reason i didn't appeal it is because your time don't start until your Appeal is heard. So if you already did ten day's in isolation. Then ten day's don't count for none thing. So you will be doing 30 all together. (SEE inmate Request Form 12-03-2020) Plus L.C.D.C. sent me to G.R.C.C. for another disciplinary hearing for the same thing i had one at the jail. Plus see video + Audio of Front desk May 7 Appeal hearing. I never not one time told anybody that me and the nurse was friend's. Another lie in the report also. I never would have knew that the report's have lie's in them. Because (they The facility) don't read them to inmate's at the hearing's.

4

## III. STATEMENT OF CLAIM(S) continued

Saukaka, be at the window and tell us, that we can't talk to the Kellwell worker, and he don't be trying to listen to what inmates have to say (video 11:30 am) at Chow time. So this time i went to medical to get my blood pressure check. It was high again. So Nurse Roy Washington put me on again blood pressure pill. (See medical records). On (3-28-20) i file a grievance on Kellwell, because all i had on my tray, was a peanutbutter sandwich and some fruit. (See Report #1780) Ms Hester wrote a note, and said sorry that i feel, that my calories, wasn't correct. But ensure me that my tray's will get fix correctly. So every morning, i keep getting this ham, that they told me that i can't have, when i first got here on my tray's. On (4-28-20) Kellwell put a discipline Report on me and said that i was trying to tell them how to do there job making my tray's. All because i was concern about my health. So i got move to the County side where i couldn't see Kellwell nomore. I feel like they retaliated against my grievance that i file against them. So i file another one for retaliation (See Report #1820). On (5-5-20) Bennie Kinney, told me at my appeal hearing at (9:00-10:30 See Front Desk video + audio) that i was trying to tell Kellwell how to do they job, and trying to intimidat and persuade Kellwell inmates to prepare different food for me. Never said on there that i was trying to tell Kellwell how to do they Job. Plus have no evidence that i was telling inmates to prepare food for me. So on (5-18-20 in Cell 129) at 5-5:30 p.m. Kellwell made me a

5

## III. STATEMENT OF CLAIM(S) continued

tray's from time to time. Plus I told her when i was at Larue County Jail, they have Kellwell and i was getting these thing's. Brownie's, cake's, biscuit's roll's. Only thing's i wasn't getting was thing's with Sodium in them and onion. Ms. Hester said i can't have these things, because of the Special diet by the dietician, that i never gave permission to be on. Said i can't have chicken patties or Chuck Wagon either and more so per our dietician. I think that Ms. Hester do what she want todo, because day's before her response i had all those thing's on my tray's at one time or another. (1-3-20) in the (5-5:30) morning had a biscit on my tray (see video cell 137) At lunch time had rice, chicken (11-11:30 AM) Cornbread. (See video cell 139) At Dinner had M+M Cookies 139 Also.) 5-5:30 p.m) (5-29-20) Kellwell gave me chip's, Bean's, Rice with no meat for dinner cell 137 told the deputy my tray wrong. He said it right, and he's not going to call the Kitchen. (See Video + Audio 5-5:30 P.M.) less calories that day. On (5-30-20) for Dinner, i had a chicken patty, two potato's, three Boil egg's, and a brownie on my tray at dinner time. (5:5:30 p.m Cell 137) See Camera). I file a grivance on (5-15-20) because Kellwell was putting all my main's food in the small slot's and nothing in the big one's (See Report#1830). The day of the response for dinner. Kellwell put cake on my tray (see video cell 139) (6-5-20) 5:5:30 P.M. When i filed a grievance about them putting me on a diet, without my permission. Mr. Kinney and Gregory wrote back and said i was exercising in my cell. I do 700 push up a day in a cold cell. Take's three or two minute's break between set's. Don't sweat at all. Five day a week.

5

## III. STATEMENT OF CLAIM(S) continued

Inmate (Steven Rush) in Dorm 143. Deputy Anderson & Deputy Gorham left and came back three minutes later to take me to isolation. Also see video 1-9-21 6:30 A.M - 7:30 A.M. When i was put in a isolation cell with a inmate who spite everywhere all over the cell 138 cell. I knock on the door & waved at the camera in the cell, and Deputy Anderson & Gorham came and put me in the Restraint Chair for two hour's for no reason. But Ms Anderson put a false Report in on 1-8-21. To make it look like i was put in isolation on 1-8-21 not 1-9-21 A.M. Not only that she lied in the Report about the incident on 1-8-21. (Capt. Lakia Beard) had me moved... I was put in 137 with a inmate that put shit over the walls. On 11-12-20 Deputy leavta Gorham to inmate's put a Red tag on Dorm 173 After i got a Covid-19 test. Inmate's ask him why was that on the Door? He stated that inmate Curry have Covid-19. Video & Audio Dorm 173 Door. He put my safety at risk by doing that. Then on 11-18-20 Deputy Gorham came to Dorm 143 to ask what happen that day. A inmate ask him to get the nurse because they felt sick. I ask him to get the nurse he ask if that was my boy friend. Video & Audio 12:30pm - 1:15pm. On 11-22-20 he came to Cell 153 to get me and my celly Matt Blanket.

5

## III. STATEMENT OF CLAIM(S) continued

me question about it. Video + Audio Dorm 162 8:00 AM - 9:00 AM 11-22-20. Deputy Anderson was recording it with a T-Phone also. As of 2-1-21 i still haven't heard nonething back about it from Logan County Jail. But Chief Kinney did stop Deputy Goreham from coming in Dorm 162 by himself or around me for about a week.

Plus when i filed a grievance on deputy Anderson, she came back and did a disciplinary report about me having soap, shopoed in my Cell 138 that deputy's give us at night for shower. 12-23-20.

On the extraordinary occurrence Report. Deputy Goreham name isn't on staff involved list. And why isn't Denaeius terry name on inmates involved in Occurrence Report? Logan County Dentention Center sent a false Report to Department of Adult Institutions in Frankfort.

5

## III. STATEMENT OF CLAIM(S) continued

On 12-25-20 i was moved back in Doem 143 when i got out of isolation. So if the inmates told the deputy's that they feared me. Like the report say.) then why move me back in there with them?

On 1-6-21 Inmate Luke Minton was called out to the front desk by Bonnie Kinney, because he gave him the wrong 1983 form. Chief Kinney ask him how do he know its the wrong form. Mr Minton stated Mr Curry told me so. Chief Kinney told Mr Minton to go back to the Doem 143. Then five minutes later they move Mr Minton to another doem. All because i was helping him file a law suit on the Jail.

As you can see in the report, Chief Kinney stated Jail Staff have to put on donning suit, boots, gown, double gloves and respirator before entered a cell or Doem. So why when a inmate have to clean a cell that a covid-19 inmate been in don't have on all that stuff? That's how i and other inmates got covid-19, because Brook Camp + Jerry Page was working around it and brought it back to the Doem. Didn't have on the right Gear...

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 2,000,000

___ grant injunctive relief by _____

___ award punitive damages in the amount of $ 2,000,000

✓ other: Look into these Claims.

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 2r day of January, 20 21.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2-8-21.

_____
(Signature)

6

Michael Curry 201914
G.R.C.C. 1200 River Road
P.O. Box 9300
Central City, Ky 42330

**PRIORITY MAIL 2-DAY™**

US POSTAGE & FEES PAID
2 LB PRIORITY MAIL RATE
ZONE 1 NO SURCHARGE
ComPlsPrice
062S0010887749
2394489
FROM 42330
stamps endicia
02/08/2021

INMATE MICHAEL CURRY 201914
GREEN RIVER CORRECTIONAL COMPLEX
1200 RIVER RD
CENTRAL CITY KY 42330

0004

1:21-CV-29-GNS  C006

SHIP TO: CLERK OFFICE
501 BROADWAY St Rm 127
PADUCAH KY 42001-6852

FILED
JAMES J. VILT, JR. - CLERK
FEB 10 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USPS TRACKING #

9405 5116 9900 0793 2593 29

Green River Correctional Complex
Is NOT responsible for Contents
opened and inspected by GRCC Staff