# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**CRAIG COLLINS**                                                                             **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 1:21-CV-P67-GNS**

**PETER EVERHART et al.**                                              **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: June 15, 2021

Greg N. Stivers, Chief Judge
United States District Court

cc:     Plaintiff, *pro se*
4416.009